UNITED STATES ex rel. Isaac STIRBERG, Next Friend of Pincus Stirberg, Relator-Appellee, v. Robert E. TOD, as Commissioner, etc., Respondent-Appellant. (Circuit Court of Appeals, Second Circuit. December 4, 1923.) No. 120. Appeal from the District Court of the United States for the Southern District of New York. William Hayward, U. S. Atty., of New York City (John C. Thomas, Asst. U. S. Atty., of New York City, of counsel), for appellant. Gold-

stein & Goldstein, of New York City (Jonah J. Goldstein and Elias Lieberman, both of New York City, of counsel), for appellee. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Order affirmed in open court.